Judgment of conviction as to each defendant affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY LIPSCHITZ, Appellant.

(Argued June 8, 1931; decided July 15, 1931.)

*Arthur Rowland* for appellant.

*Frank H. Coyne, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.

JACOB FREED, Respondent, *v.* MAX LEFF et al., Appellants.

(Argued June 8, 1931; decided July 15, 1931.)

*John W. Bonney* for appellant.

*I. Montefiore Levy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.